OVER THE COUNTER

FILED 2020OCT29 AM11:34
CLERK, US COURT, INNB

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

ADVERSARY 20-2046

| | |
|---|---|
| In Re: ) | Chapter 7 Proceedings |
| **JOHN MILEUSNIC** ) | Case No. **20-21394-JRA** |
| Debtor ) | **ANSWER TO TRUSTEES'** |
| ) | **COMPLAINT** |

AMENDED

**ANSWER TO DOC 74 TRUSTEES COMPLAINT TO DENY DISCHARGE and EXTEND DEADLINES**

Comes now JOHN MILEUSNIC Debtor herein response to trustees' Complaint [Doc 74] to Deny Discharge and in support thereof, states as follows:

1. US Trustee filed [Doc 16] a Motion to Dismiss raising the prior discharge [less than 8 years] issue of prior case.

2. Trustee informed and explained *__that this case must be dismissed__*, as six years has not passed after the date of the filing of a prior case [case number 14-23124 on January 12, 2015] in which a discharge was entered under 11 U.S.C. § 727.

3. John accepted Trustees' Motion [Doc 16] and filed a voluntary Motion to Dismiss [Doc 67.]

4. Before matter could be heard, Trustee filed [Doc75] a Notice to withdraw its Motion to Dismiss, which Court accepted on 10/13/2020 and entered as follows:

> *Entry: Based upon U.S. Trustee's withdrawal of Motion to Dismiss, the hearing scheduled for October 23, 2020 at 10:30 a.m. is removed from the court's calendar(related*

*document(s)16 Motion to Dismiss Case filed by Nancy J. Gargula). (cjg) (Entered: 10/13/2020)*

5. Trustee also filed [Doc 74] an Adversary Complaint to deny Discharge.

   <u>*Para 11 of the Complaint*</u>
   *The Defendant's Chapter 7 discharge should be denied because he obtained a discharge in a case filed less than eight years prior to the filing of the current Chapter 7 case.*

6. Surprisingly the result of both "Trustees' Motion to Dismiss [Doc16]" and "Trustees' Adversary Complaint to Deny Discharge [Doc74]" will lead to the same outcome as requested by John in its "Voluntary Motion to Dismiss [Doc67.]"

7. John once again agrees and accepts this Trustees' Complaint to "Deny Discharge under Ch-7" case number 14-23124 and **<u>requests this Court to DENY DISCHARGE under Ch -7.</u>**

8. Due to current COVID situation and Johns current age of 70, John is a high-risk individual and mostly at home and has tough time to find and fund for these legal proceedings when Trustee has already blocked all funds. <u>https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html</u>

9. Northern District of Indiana has also posted Important Information Regarding Court Procedures During the COVID-19

Pandemic:

https://www.innb.uscourts.gov/sites/innb/files/2020-20.pdf

10. Till this matter is decided, all other Motions / Issues filed by all parties may please be held in abeyance and deadlines may please be extended.

11. As only CapitalOne has filed Proof of Claim, John requests this Court to Order the Creditors to file proof of Claim and declare their intention to negotiate / renegotiate / Reaffirmation Agreement for John's outstanding.

JOHN MILEUSNIC

Debtor

*/s/ John Mileusnic*

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, service of a true and complete copy of the above and foregoing pleading or paper is being made through the Court's ECF system upon the following:

1. **U.S. Trustee- Nancy J. Gargula**
   ustpregion10.so.ecf@usdoj.gov.com
   Represented by  Jennifer Prokop
   Office of the United States Trustee
   100 E. Wayne Street Suite 555
   South Bend, IN 46601
   (574)236-8105
   Email: jennifer.prokop@usdoj.gov
2. Kenneth A. Manning
   Kenneth A. Manning, Ch. 7 Trustee
   120 W. Clark Street
   Crown Point, IN 46307
   (219) 865-8376
   Email: TrusteeManning@gmail.com
3. **SUSAN M. WOOLLEY** On behalf of Creditor Penny Mac Loan Services, LLC
   ndbkr@feiwellhannoy.com        SWOOLLEY@feiwellhannoy.com
   ecfnotices@feiwellhannoy.com
4. Sarah E. Barngrover
   Manley Deas Kochalski LLC
   P.O. Box 165028
   Columbus, OH 43216-5028
   Telephone: 614-220-5611
   Fax: 614-627-8181
   Email:                         sebarngrover@manleydeas.com

> **Debtor- John Mileusnic**
> **325 Plum Creek Drive**
> **Schererville, IN 46375**